AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>GLEN MITCHELL SIMON<br><br>*Defendant* | ) Case: 1:21-mj-00366<br>) Assigned To : Meriweather, Robin M.<br>) Assign. Date : 4/9/2021<br>) Description: Complaint w/ Arrest Warrant<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     GLEN MITCHELL SIMON
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Knowingly entering or remaining in any restricted building or grounds without lawful authority, in violation of 18 U.S.C. § 1752(a)(1) and (2);
Violent entry and disorderly conduct on capitol grounds in violation of 40 U.S.C. § 5104(e)(2)(D).

Date: 04/12/2020

2021.04.12
13:50:32 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.        Robin M. Meriweather, United States Magistrate Judge
                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)*  4/12/2021 , and the person was arrested on *(date)*  05/05/2021
at *(city and state)*  GAINESVILLE, GA

Date:  05/05/2021

*Arresting officer's signature*

MICHAEL BALDWIN / SPECIAL AGENT
*Printed name and title*
FBI

43465-509